164 So.2d 352

**Gail LANDRY, wife of Wayne E. STOLTZ,**

**v.**

**Wayne E. STOLTZ.**

No. 47262.

May 27, 1964.

In re:  Gail Landry, wife of Wayne E. Stoltz, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans.  162 So.2d 103.

Writ refused.   No error of law in the judgment.